CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 28 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **SEALED** |
| | ) | |
| v. | ) | Case No. 3:19CR00014 |
| | ) | |
| **DANIEL MCMAHON** | ) | |

## MOTION TO SEAL

COMES NOW the United States, by and through its undersigned attorney, and moves this Honorable Court to seal the Indictment, and all related documents, in the above-captioned case for a period of thirty (30) days or until the defendant is taken into custody, whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

/s/ Christopher Kavanaugh

Christopher Kavanaugh (Virginia Bar No. 73093)
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, Virginia 22902
434-293-4283

DATE: August 27, 2019