CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED** |
| v. | Case No. 3:19-CR-00014 |
| DANIEL MCMAHON | |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I, Risa Berkower, hereby notify the Court and all parties that I will appear as counsel on behalf of the United States in the above-captioned case. All communications may be directed to me at the contact information listed below.

DATE: 09/12/2019

*s/Risa Berkower*
Risa Berkower
New York Bar No. 4536538
Trial Attorney
United States Department of Justice
Civil Rights Division
150 M Street, N.E.
Washington, D.C. 20530
Risa.Berkower@usdoj.gov
202-305-0150

**Notice of Appearance – Page 1**

## CERTIFICATE

I hereby certify that on the 12th day of September 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/Risa Berkower*
Risa Berkower
New York Bar No. 4536538
Trial Attorney
United States Department of Justice
Civil Rights Division