CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 1 8 2019

JULIA C. BURLEY, CLERK
BY: 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 3:19-CR-00014 |
| DANIEL MCMAHON | : | |
| | : | |

## MOTION TO UNSEAL

Comes now the United States of America, by and through its counsel, and moves to unseal the above-captioned case.

The defendant has been arrested in the Middle District of Florida and is scheduled for a hearing today, September 18, 2019, in said district.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

Date: September 18, 2019

Christopher Kavanaugh
Assistant United States Attorney