CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

09/18/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.

DANIEL MCMAHON

Case No. 3:19-CR-00014

## ORDER

Upon motion of the United States of America, by counsel and for good cause shown, it is hereby,

**ORDERED**

that the above-captioned case previously filed sealed be unsealed and open for inspection.

The Clerk of this Court shall certify a copy of this Order to Christopher Kavanaugh, Assistant United States Attorney, United States Attorney's Office, 255 West Main Street, Room 130, Charlottesville, Virginia 22902.

**ENTERED** this 18th day September 2019.

JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE