# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 3:19-CR-00014-01     Date: October 16, 2019

**Defendant:** Daniel McMahon - CUSTODY     **Counsel:** Jessica Phillips - CJA

PRESENT:  JUDGE: Hon. Joel C. Hoppe, USMJ     TIME IN COURT: 1:04-1:10=6 min.
Deputy Clerk: Joyce Jones
Court Reporter: FTR/J. Jones
U. S. Attorney: Chris Kavanaugh
USPO: Tammy Wellborn
Case Agent: Case agent
Interpreter: Interpreter

☐ Arraignment and plea continued to New Date.
☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
☒ Defendant states that true name is Daniel McMahon.
☒ Defendant(s) waives reading of Indictment or Information.
☐ Indictment or Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P). Government goes over penalties.

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | all counts | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Jury trial to be set at a later date.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Pretrial conference set for Pretrial Conference Date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information: