# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

10/17/2019

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

Received
12:56 pm, Sep 12 2019
United States Marshals Service
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL MCMAHON | ) | Case No. 3:19CR00014-001 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel McMahon ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ☑ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18:245(b)(1)(A) - Interference with Candidate for Elective Office
18:245(b)(4)- Bias-Motivated Interference with Candidate for Elective Office
18:875(c) - Threats in Interstate Commerce
18:2261A(2)- Cyberstalking

Date: 09/12/2019

City and state: Charlottesville, Virginia

*H. Wheeler*, Deputy Clerk

| **Return** | | |
|---|---|---|
| This warrant was received on *(date)* 09/12/2019 , and the person was arrested on *(date)* 09/18/2019 | | |
| at *(city and state)* Tampa, Florida . | | |
| Date: 10/17/2019 | PHILIP SYMS  Digitally signed by PHILIP SYMS Date: 2019.10.17 15:34:54 -04'00' | |
| | *Arresting officer's signature* | |
| | SDUSM Philip Syms | |
| | *Printed name and title* | |