# Government's Exhibit 1 – Submitted to Court on Disk