# Government's Exhibit 2 – Submitted to Court on Disk