Regina Davis
9604 Lorain Avenue
Silver Spring, MD 20901

July 27, 2020

Honorable Judge Norman Moon
United States District Court

Regarding: Daniel William McMahon of Brandon, Florida

Dear Honorable Judge Moon,

I am Danny's Aunt Gina, naturally, I've known him all his life.  Danny is a special gift to our family.  My sister Roberta, and her husband Paul, tried for many years to start a family. Finally, at age forty-four, she gave birth to Danny, their one and only.

Danny, being the baby in the family has always been cherished by all of us. From when he was a baby, he has always been the sweetest child, he never talked back to his parents, he was never a discipline problem, he was never rude.  Just a nice polite child.  A little shy, too.

My late-husband was African-American, for fifteen years he was Danny's, Uncle Reggie.  We took Danny to places like Disney World, Sea World, Busch Gardens, when we would visit. We never had any problems with him when we took him on these excursions, we just blended in together. Danny did not appear to notice that Uncle Reggie had a different skin tone.

December 2018, I paid a visit to my sister and her family.  Danny and I spent an entire day together. We went to Tampa and walked around and discussed life, work, school, friends, etc.  He was just as sweet as always. I never detected that he had any kind aggression for anyone.

We talked about his future, what he wanted to do professionally.  We talked about what kind of job he could probably get right now, with his current education and skill level. We talked about how he could work and go to school. I believe that given a second chance, Danny will finish school and will contribute to society.

Your Honor, being that my sister is now seventy-six years old and in declining health, a lengthy sentence for Danny might just be a death sentence for my broken-hearted sister, as you can see, she is not here today, she's too frail to travel at all. We strongly believe that with mental health treatment and continued education, Danny can be saved and become a US citizen we can all be proud of.

Yours very truly,

*Regina Davis*
Regina Davis

Mary Kay Mc Mahon

PO Box 725

Wilmette, Illinois 60091

To: Judge Norman Moon

Re: Daniel W. Mc Mahon

Your Honor,

I am writing to you as the paternal aunt of Daniel Mc Mahon and for the purpose of providing some additional insight into my nephew, Dan Mc Mahon.

I would like to start by providing a little bit of context regarding myself and my relationship with Dan. Accordingly, I am a human resources professional in the Chicago area and have been working for the last 30 years with major corporations and consulting firms in a variety of Fortune 500 organizations and roles. I have an undergraduate degree in education and have earned Masters degrees in both counseling and student personnel and business administration. I have held both individual contributor and leadership roles within many areas to include talent acquisition, employee and labor relations, and consulting.

While geography has not necessarily always supported an intimate relationship with Dan and his parents, I did have the opportunity to get to know him quite well several years ago when he lived with me (for the summer), in Chicago, upon his graduation from high school. During this time, he interviewed for and secured his first paid job as a cashier/inventory clerk at Walgreen's drug store in my neighborhood. What differentiated that role from similar jobs is that his role was at a Walgreen's store which (at the time) was designated as the busiest and most trafficked store in the Walgreen's portfolio. So, the very fact that a young man with ▇▇▇▇▇▇▇▇▇▇▇▇ performed very effectively in a very busy and constantly changing customer service environment (which often required frequent shift changes and assignments) and did so without missing a day of work was a credit to Dan in and of itself. Further, to me, it demonstrated his commitment, flexibility, reliability, and the willingness to make commitments and stick to them. During that time and on subsequent occasions I have also evidenced Dan's kindness.

As you might know, individuals with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I believe that Dan shares and has often demonstrated those same capabilities. Accordingly, I am willing to support (albeit remotely) his re-entry into the community---particularly as it relates to seeking and gaining meaningful employment which leverages his ability to make healthy and meaningful contributions to the community while concurrently supporting his ongoing development and success.

I hope that this letter has provided you with additional insight into Dan's character and potential. If I can be of additional assistance, please do not hesitate to contact me.

Thank you for your consideration.

Mary Kay Mc Mahon

Roberta Bartish, R.N., Retired                                           August 16, 2020

403 Park Manor Drive

Brandon, FL 33511

Re: Daniel McMahon

To: The Honorable Judge Norman Moon

    Your Honor, my name is Roberta Bartish. I am writing to you both as a mother and a retired registered nurse. As a mother in her mid-70's, with serious health challenges, I want to hold my only child in my arms again before I leave this Earth! (The child who has acted as a caregiver for me as my health problems have worsened.) As a nurse with decades of experience, I am worried about my only child's continued survival as well. Why? Because he has underlying health conditions and is incarcerated in jail- an acknowledged "hotspot" for novel coronavirus infection. That is why I respectfully request that you show mercy to our son, a first-time non-violent offender, by authorizing "compassionate release to home confinement" with his parents because of the Covid-19 pandemic.

    As both a health professional and the parent of an ▮▮▮▮ and alcoholic son, I can't envision my son being given a potential death sentence by being condemned to remain in a setting that scientists and physicians have labeled a very "high-risk" environment. A setting where Covid-19 testing and tracing is woefully inadequate. Where "social distancing" is impossible. Where hand sanitizer is prohibited. Where access to a potentially life-saving medical procedure like a colonoscopy is dangerously delayed. I have both the nursing expertise and the basic medical equipment to help protect Danny's health. For example, I have a CPAP machine and a Pulse Oximeter for his bouts of sleep apnea, et cetera. We have the financial resources to fund the ▮▮▮▮▮▮▮▮ therapy for his ▮▮▮▮ and alcoholism problems. We can pay for a colonoscopy to help diagnose his gastrointestinal problems, perhaps preventing a pre-cancerous condition from developing into a life-threatening cancer. I, along with my husband, will do everything within our power to help Danny turn his life around. Your Honor, we will provide him with the home and family support network that he needs in order for him to succeed in life and become a productive member of society. Thank you for entertaining this request for leniency for my son.

Sincerely,

Roberta Bartish, R.N., Retired

Paul McMahon                                                                                    August 19, 2020

403 Park Manor Drive

Brandon, FL 33511

Re: Daniel McMahon

To: The Honorable Judge Norman Moon

   Your Honor, my name is Paul McMahon and I am Danny McMahon's father. I would like to give Your Honor some background on Danny and his family, that to my knowledge, has never appeared in the media or legal filings. Hopefully, this additional information will aid Your Honor in arriving at an appropriate sentencing decision.

   Your Honor, my son comes from a God fearing, patriotic family of basically "essential workers". Workers whose ancestors came to America as immigrants from many other countries to find a better life. Our religious beliefs are similarly diverse. In our extended family, we have had Catholics, Protestants, Mormons, Christian Scientists, and Orthodox Jews. We have served in the U.S. Army, Navy, Air Force, and Marine Corps. We have been buried at Arlington and at Sea. We have labored as doctors, nurses, firefighters, and teachers. We have come from Ireland, Germany, Hungary, Poland, Ukraine, South America, and North Africa in pursuit of the "American dream". We are one "blended family", incorporating diverse White, Black, and Brown relatives as beloved members. In other words, we are emblematic of the American motto: "E Pluribus Unum". We believe that Danny should get the same "second chance" at attaining the "American Dream" that our immigrant ancestors received in America. Your Honor, "compassionate release to home confinement", as outlined by Attorney General William Barr, would afford my son that opportunity.

   Your Honor, from information that I have seen recently reported in the Journal of the American Medical Association, the typical inmate faces a three times greater risk of death from novel coronavirus infection than a typical member of the general population. Recognizing that incarcerated individuals are at increased risk, Attorney General William Barr issued guidance that read in part: the "vulnerability of the inmate to Covid-19, the inmates conduct while in prison, and whether the inmate still poses a danger to the community based on his or her crime" are important factors in authorizing home release. Your Honor, based on these criteria, our son would seem to be a candidate for "compassionate release to home confinement".

   Firstly, Danny has significant comorbidities and underlying risk factors that increase his chance of serious illness or death above that of the typical inmate during the current pandemic. [redacted]

   Secondly, Danny's behavior as an inmate has been exemplary. Danny has shown a true generosity of spirit during this frightening pandemic. For example, Danny has N-95 respirators and surgical masks at home that he wears to help reduce symptoms of allergic rhinitis and chronic sinusitis when his pre-

existing respiratory conditions become debilitating. Danny has encouraged us to share his P.P.E. with individuals that have a higher risk of death if they develop Covid-19 or who are at increased risk of infection because they are "essential workers" providing critical services to the American public. We have honored that selfless wish to donate these scarce supplies and have been thanked for his generosity by the beneficiaries of his request. He has donated books to the Central Virginia Regional Jail Library for the benefit of inmates and staff. He has been sharing his cultural knowledge and culinary skills with fellow inmates by preparing bare bones versions of Brazilian dishes like feijoada and chocolate truffles called brigadeiro. He has taught a Peruvian detainee a little basic Portuguese and in exchange learned some Peruvian Spanish. In addition to improving his foreign language skills; he studies his Bible daily, writes letters to his family and friends, plays chess, et cetera.

Thirdly, he is a non-violent, first-time offender who has always honored orders by law enforcement officials. In the past, he has honored a valid search warrant and even honored a questionable request to surrender his mobile phone for a warrantless search when returning to the United States from England. He is not a flight-risk and he has previously volunteered to surrender his passport to authorities. If he is granted a "compassionate release to home confinement", he is willing to undergo Covid-19 testing and to isolate or undergo quarantine as required by health officials. He will also enroll in an alcohol abuse program to address that significant medical problem. Finally, having talked to him virtually every night during his confinement, I believe he does not represent a threat to himself or to the community. The goals he shared with me are: 1. To finish his education at the University of South Florida's College of Engineering; 2. To begin a successful career in Information Technology; and 3. To reunite with his Brazilian girlfriend, Li, and hopefully start a family.

Your Honor, please help my son accomplish his goals by showing him mercy and compassionately releasing him to home confinement

Very Respectfully,

Paul McMahon

Jean "Jo" Collins                                                                                           July 25, 2020

1807 Green Lawn Street

Brandon, FL 33511-6845

Re: Daniel McMahon

To: The Honorable Judge Norman Moon


Your Honor, my name is Jean Collins and I am a long-time neighbor of the McMahon family. I consider them to be good neighbors and we are close friends. I have known their son "Danny" for more than twenty years. His parents have mentioned to me that he is a "good son" and a "caring person". His mother and father have told me how much they value his contributions to the family. He helps his mom, as a caregiver, by programming the "therapy unit" used in treating her neurological problem (cervical dystonia) among other things. He helps his dad with computer hardware and software problems and chores around the house, et cetera. He has helped his community in the past by assisting his dad with personal safety and self-defense classes focused on protecting vulnerable adults and children at the YMCA and other locations. More recently, he donated some of his own personal protective equipment, that he accumulated because of his respiratory problems, to "essential workers" at Brandon's Costco who were at risk of contracting Covid-19. He also donated face coverings and surgical masks to protect neighbors at increased risk of contracting the coronavirus. (For example, The Potters down the street and myself were beneficiaries. I really appreciated this act of kindness!) I also know Danny as a diligent student. This was from the time I tutored him in Spanish to fulfill his college language requirement. He paid attention to my instruction and was rewarded with A's in both semesters. Your Honor, I feel he would follow your instructions just as carefully.

Finally, I would ask Your Honor to show mercy to Danny McMahon when it comes to sentencing. As President Lincoln said: "I have always found that mercy bears richer fruits than strict justice."

Sincerely,

Jean "Jo" Collins