CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/31/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Charlottesville__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Case No. |
| ) | |
| v. ) | 3:19CR00014 |
| ) | |
| Daniel McMahon           , ) | |
| ) | |
| Defendant(s). ) | |

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant __Daniel McMahon__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [ ] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence
- [ ] Felony Guilty Plea
- [x] Felony Sentencing

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

Daniel McMahon
Print Defendant's Name

Jessica Phillips
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/31/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge