| | |
|---|---|
| **From:** | Carlos Silva |
| **To:** | Mary Maguire |
| **Subject:** | RE: Daniel McMahon |
| **Date:** | Thursday, May 9, 2024 10:06:35 AM |

Good morning Ms. Maguire.  My apologies for my delayed response.

The probation office recommends that Mr. McMahon remain on supervision. We certainly want to acknowledge Mr. McMahon's progress thus far; specifically, he appears to be law abiding while on supervision. Based on our review, there have been no new law charges during his term of supervision. Although, we believe he has maintained compliance with the law we do not believe this alone equates to early termination. Our recommendation is based on the following: Mr. McMahon's lack of employment stability and lack of pro-social activities/support, which are risk factors that could contribute to recidivism. Mr. McMahon was employed during a portion of his supervision but has been unemployed since October of 2023. Also,  while it appears his parents are a pro-social support, outside of associating with his parents, Mr. McMahon has not identified any pro-social support or activities. Our office believes that Court supervision acts as a deterrent and assess Mr. McMahon to remain a law-abiding citizen.

Please let me know if you have any questions.

**From:** Mary Maguire <Mary_Maguire@fd.org>
**Sent:** Wednesday, May 8, 2024 4:05 PM
**To:** Carlos Silva <Carlos_Silva@flmp.uscourts.gov>
**Subject:** Daniel McMahon

Good afternoon Mr. Silva:

We spoke a few weeks ago about Daniel McMahon, who was sentenced by Judge Moon in the Western District of Virginia on September 4, 2020 a total term of 41 months to be followed by three years of supervised release. (Case No. 3:19CR14)(Amended Judgment 9/29/2020).   I understand that Daniel McMahon is currently being supervised by you in the Middle District of Florida.  Mr. McMahon has contacted me as asked me to file motion for early termination of his supervised release.  I would like to know if you would support, oppose or take no position on such a motion.  I look forward to speaking with you soon.  Thank you for your attention to this important matter.

Mary

Mary E. Maguire
Federal Public Defender
401 E. Market Street, Ste. 106
Charlottesville, VA 22902
(540) 777-0895 – Direct All 3 Offices
(540) 777-0880 – Main (Roanoke)
(434) 220-3380 – Main (Charlottesville)

(276) 619-6080 – Main (Abingdon)
Mary_Maguire@fd.org