| | |
|---|---|
| **From:** | Javier Ballesteros |
| **To:** | Mary Maguire |
| **Subject:** | Petition for Removal of Computer and Internet Restrictions |
| **Date:** | Thursday, July 25, 2024 9:08:32 PM |
| **Attachments:** | Letter of petition for Removal of Computer Restrictions.pdf |

Hello Ms. Maguire hope you are having a great day, per our conversation I am adjoining the petition for my participant Petition to have the removal of his Computer and Internet restrictions.

Any attention given to this letter will be highly appreciated, and thank you for your support.

Sincerely yours.


Javier Ballesteros M.S. Ed.
Certified Employment Specialist at Placement Solutions a Non - Profit
Partnering with Vocational Rehabilitation and the Florida Department of Education
6511 Main St. New Port Richey, FL. 34653
Office 727-848-0400 – Cell 813-335-8113 – Fax 866-484-8186
www.psworks.org- The Right job for the Right Person

*We are currently accepting referrals for ** *Employment Services, Supported Employment, Discovery, OJT&WBLE*** And as we accepted OJT&WBLE referrals.*

Subject: Letter in Support of Mr. Daniel McMahon's Petition for Removal of Computer and Internet Restrictions
From: Javier Ballesteros, Employment Specialist at Placement Solutions

To: District Judge Norman Moon, Western District of Virginia
c/o: Ms. Mary Maguire, J.D.
Federal Public Defender for the Western District of Virginia

Dear Judge Moon,
I am writing to recommend Dan McMahon, whom I had the pleasure of working with as a job coach through a contract with the Florida Department of Vocational Rehabilitation, be allowed to use his computer skills to improve his job prospects and employability. As a coach, I had the opportunity to observe Dan's qualities closely, and I can confidently attest to these outstanding attributes.

1. Reliability: Dan consistently demonstrated reliability in all aspects of his work at "Santa's Sweets". Whether it was being on time for work or fulfilling responsibilities, he could be counted on without fail.
2. High Motivation: Dan's enthusiasm and drive were evident from day one. He approached tasks with a positive attitude and a strong desire to excel even under substantial time pressure. He was willing to work weekends; holidays; overtime; and different shifts to accommodate his employer's needs. (That is one reason why he was one of the last four employees laid off when his employer "offshored" scores of jobs to Mexico.)
3. Hard Working: Dan's work ethic was commendable. He put in the effort required to achieve excellent results, often going above and beyond the expectations of his immediate supervisor (Mr. Leo Batista.)
4. Intelligent: Dan possesses a keen intellect. His ability to quickly grasp concepts and apply them effectively was impressive (for an individual with diagnosed with Autism!)
5. Friendly and Polite: Dan's interpersonal skills were exceptional. He interacted well with me and his coworkers, creating a positive and collaborative environment.
I highly recommend that you help provide Daniel McMahon with the permission he needs to utilize his IT education. His skills are well-honed, and he is ready to take on higher-paying roles that leverage his computer and internet expertise.
Please feel free to reach out if you need any further information or clarification.

Sincerely Yours
Javier Ballesteros