UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cr-00014 |
| | ) | |
| DANIEL MCMAHON, | ) | |
| *Defendant* | ) | |
| | ) | |

**Supplement to Motion to Remove Condition of Supervised Release (ECF-80) that Prohibits Use of the Internet Without Court Approval**

COMES NOW, Daniel McMahon, by counsel and adds the following factual supplement to his motion to remove the condition of supervised release that prohibits internet usage without Court approval:

1. Probation for the Middle District of Florida, where Mr. McMahon resides, does not have a computer monitoring program. As a result, no such program is available to Mr. McMahon where he resides.

Respectfully submitted,

By:   /s/ William Warriner
      Counsel

William Warriner
Va. Bar No. 88589
Assistant Federal Public Defender

Western District of Virginia
401 E. Market Street, Ste. 106
Charlottesville. Va 22902
(540) 777-0895
William_Warriner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ William Warriner
William Warriner
